UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCKY STAR ENTERPRISES III, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CASE NO. C21-1698JLR<br><br>ORDER |

Before the court is Plaintiff Lucky Star Enterprises III, LLC's ("Lucky Star") notice of election to waive amendment of its complaint. (NOE (Dkt. # 15).) Lucky Star initially filed this action in Snohomish County Superior Court on February 2, 2021, and asserted five claims against Defendant Wells Fargo Bank, N.A. ("Wells Fargo"). (NOR (Dkt. # 1) ¶ 1; Compl. (Dkt. # 1-1) ¶¶ 4.1-8.5).) After removing the case to this court, Wells Fargo moved for dismissal under Federal Rule of Civil Procedure 12(b)(6). (*See* NOR; Mot. (Dkt. # 6).) The court granted Wells Fargo's motion, dismissed Lucky Star's

ORDER - 1

1  second and fourth causes of action (Compl. ¶¶ 5.1-5.4, 7.1-7.4) with prejudice, and

2  dismissed Lucky' Star's first, third, and fifth causes of action (*id.* ¶¶ 4.1-4.5, 6.1-6.4,

3  8.1-8.5) without prejudice and with leave to amend within fourteen (14) days of the

4  court's February 11, 2022 order.  (2/11/22 Order (Dkt. # 14) at 13.)

5      Lucky Star has declined to address the deficiencies that the court identified in its

6  first, third, and fifth causes of action and instead waives amendment of those claims.

7  (*See* NOE.)  Accordingly, those claims are DISMISSED with prejudice and the Clerk is

8  DIRECTED to close this case.  *See Vess v. Ciba-Geigy Corp. USA*, 317 F.3d 1097, 1108

9  (9th Cir. 2003) (affirming dismissal with prejudice where plaintiff declined to amend

10 deficient claims further).

11     Dated this 2nd day of March, 2022.

12

13 _____

14 JAMES L. ROBART
   United States District Judge

15

16

17

18

19

20

21

22